**Mark S. DeMarco**
Attorney At Law
100 Lafayette Street, Ste. 501
New York, New York 10013
718 239 7070
Fax 718-239-2141
MSDLaw@aol.com

September 4, 2025

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**BY ECF & ELECTRONIC MAIL**

Re:  *United States v. Louis Tucci*
     22 Cr. 405 (KAM)

Your Honor:

    I write to inform this Court that Mr. Tucci has been explained the standard conditions and any recommended special conditions of supervised release; that we have had adequate time to discuss the standard conditions and any recommended special conditions of supervision, and; that Mr. Tucci understands that the Court will impose the standard conditions if his sentence includes a term of probation or supervised release.

    Thank you for your attention to this matter.

Respectfully submitted,

*Mark S. DeMarco*

Mark S. DeMarco

Louis Tucci